UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and KWANZA EDWARDS, Revenue Officer,<br><br>　　　　Petitioners,<br><br>　　v.<br><br>TIMOTHY L. SMITH,<br><br>　　　　Respondent. | No.  C 10-3792 BZ<br><br>**ORDER TO SHOW CAUSE RE ENFORCEMENT OF INTERNAL REVENUE SERVICE SUMMONS** |

Good cause having been shown by the petitioner upon its petition filed in the above-entitled proceeding on August 25, 2010, it is hereby:

**ORDERED** that respondent Timothy L. Smith appear before this court on **Wednesday, November 17, 2010 at 10:00 a.m.**, in Courtroom G, 15th floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California, and then and there show cause, if any, why respondent should not be compelled to appear and provide documents and testimony as required by the summons heretofore served upon respondent as alleged and set forth in particular in said petition; and it

1

is further:

**ORDERED** that a copy of this Order to Show Cause, together with a copy of the aforesaid petition, be served upon said respondent in accordance with Rule 4 of the Federal Rules of Civil Procedure at least thirty-five (35) days before the return date of this Order above specified; and it is further:

**ORDERED** that by **Monday, November 1, 2010** respondent may file and serve a written response to the petition, supported by appropriate affidavit(s) or declaration(s) in conformance with 28 U.S.C. § 1746, as well as any motion respondent desires to make, and that petitioner may file and serve a written reply to such response by **Monday, November 8, 2010**.

Dated: August 30, 2010

/s/ Bernard Zimmerman
Bernard Zimmerman
United States Magistrate Judge